IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

**Lolita Grant**

Civil Case #: 1:18-cv-4022

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW, Plaintiff Lolita Grant and files this motion to substitute her surviving next of kin, Robert Good, as the proper plaintiff pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. In support therefore, Plaintiff respectfully shows the Court as follows:

1. Plaintiff Lolita Grant filed the present action in the United States District Court of the Southern District of Indiana on December 20, 2018.

2. Plaintiff Lolita Grant passed away on September 15, 2024. *See* Copy of Certificate of Death, attached hereto as Exhibit A.

3. Rule 25(a)(1) of the Federal Rules of Civil Procedure allows for the substitution of a party in the event of death.

4. Lolita Grant's product liability action survived plaintiff-decedent's death and is not concluded.

5. Notice of Suggestion of Death was provided on March 16, 2026. *See* Doc 27801, attached hereto as Exhibit B.

6. Angela Grant, adult daughter of decedent, is the proper party to substitute for plaintiff-decedent Lolita Grant and has proper capacity to proceed with the surviving products liability action on plaintiff-decedent's behalf.

1

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion to substitute Angela Grant as the proper party in this action.

DATED this 16th day of March, 2026.

Respectfully Submitted,

/s/ Taylor W. Williams
Taylor W. Williams, UT Bar # 17348
**DRIGGS, BILLS & DAY, PC**
737 E. Winchester St.
Salt Lake City, UT 84107
T: 801-308-9179
F: 801-752-0607
twilliams@advocates.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2026, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

/s/ Taylor W. Williams
Taylor W. Williams
